UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KLAUSMAIR CONSTRUCTION, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:18-cv-00358 |
| : | |
| GLADDEN FARM, LLC and JOHN RISTON, : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 3rd day of August, 2018, upon consideration of Defendants' Motion to Dismiss for Lack of Jurisdiction, ECF No. 3, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 3, is **GRANTED**;

2. The Complaint is **DISMISSED with prejudice**;

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court